IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 20-cv-02460 |
| POTBELLY SANDWICH WORKS, LLC, | ) |
| | ) Judge Kness |
| Defendant. | ) Magistrate Judge Fuentes |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant, POTBELLY SANDWICH WORKS, LLC, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | POTBELLY SANDWICH WORKS, LLC |
|---|---|
| By: /s/ *Marshall J. Burt* | By: */s/ Joseph J. Lynett* |
| Marshall J. Burt, Esq. | Joseph J. Lynett |
| The Burt Law Group, Ltd. | Jessica E. Quarless |
| 77 W. Washington, Ste 1300 | Jackson Lewis P.C. |
| Chicago, IL 60602 | 150 North Michigan Avenue |
| 312-419-1999 | Suite 2500 |
| Marshall@mjburtlaw.com | Chicago, IL 60601 |
| | 312-787-4949 |
| | Joseph.Lynett@jacksonlewis.com |
| | Jessica.Quarless@jacksonlewis.com |